# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSHUA CHARLES KUJAWA,** | : | |
| *individually and on behalf of all* | : | |
| *others similarly situated* | : | |
| | : | **CIVIL ACTION NO. 25-768** |
| **v.** | : | |
| | : | |
| **USAA INSURANCE COMPANY** | : | |

## SCHEDULING ORDER

This 18th day of June, 2025, it is hereby **ORDERED** as follows:

1. All factual discovery shall be completed by **January 9, 2026.**

2. Expert disclosures, if any, shall be due by **February 6, 2026.**

3. Rebuttal or supplemental expert reports, if any, shall be produced as promptly as possible after the need for such reports is identified, and must be served sufficiently in advance of the motion for class certification deadline to allow for a meaningful response.

4. Class certification motions shall be due by **May 4, 2026**.

5. Opposition to class certification motion shall be due by **June 1, 2026**.

6. Dispositive motions, if any, shall be due at a date set by the Court upon resolution of the motion for class certification.

**Notice:** Throughout the course of this litigation, counsel should refer to Judge McHugh's Guidelines for Counsel, which can be found on the Court's website, for assistance with efficient management of this case.

      /s/ Gerald Austin McHugh
United States District Judge