# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA CHARLES KUJAWA, individually and on behalf of all others similarly situated, | : <br> : CASE NO. 25-cv-768 <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| TATE & KIRLIN ASSOCIATES, INC. | : <br> : |
| Defendant. | : <br> : |

## Notice of Settlement

The parties file this notice to advise the Court that the parties have tentatively reached a class action settlement in this matter and hope to file a motion for preliminary approval of a class action settlement by January 14, 2026.

Dated: December 22, 2025

*/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*