IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA CHARLES KUJAWA, individually and on behalf of all others similarly situated, | : :  CASE NO. 25-cv-768 |
| Plaintiff, | : : |
| v. | : : |
| TATE & KIRLIN ASSOCIATES, INC. | : : |
| Defendant. | : : / |

## Second Notice of Settlement

The parties file this notice to advise the Court that the parties have signed a class action settlement in this matter and expect to file a motion for preliminary approval of a class action settlement by January 28, 2026.

Dated: January 11, 2026

*/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*