IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSHUA CHARLES KUJAWA,** *individually and on behalf of all others similarly situated* : : : : **v.** : : **TATE & KIRLIN ASSOCIATES, INC.** : | **CIVIL ACTION NO. 25-768** |

**ORDER**

This 21st day of January, 2026, the Court have conducted an initial review of a motion for preliminary approval of settlement, it is hereby **ORDERED** that Plaintiff shall, within 14 days, supplement the record with a memorandum that provides greater detail about the methods that will be used to identify class members and the experience and capabilities of the proposed administrator, Angeion Group.

        /s/ Gerald Austin McHugh
United States District Judge