IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**JOSHUA CHARLES KUJAWA,**
individually and on behalf of all
others similarly situated

      v.                                                            **CIVIL ACTION NO. 25-768**

**TATE & KIRLIN ASSOCIATES, INC.**

## DECLARATION OF ERIC SCHACHTER OF ANGEION GROUP IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

I, Eric Schachter, declare and state as follows:

1.     I am an Executive Vice President with the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). Angeion specializes in designing, developing, analyzing, and implementing large-scale, un-biased, legal notification plans.

2.     I submit this Declaration at the request of Plaintiff's Counsel in connection with the Court's January 21, 2026 Order requesting greater detail about the process to identify Class Members and the experience and capabilities of Angeion.

3.     Angeion is an experienced class action notice and claims administration company formed by a team of executives that have had extensive tenures at five other nationally recognized claims administration companies. Collectively, the management team at Angeion has overseen more than 2,000 class action settlements and distributed over $15 billion to class members. Angeion's firm resume is attached as Exhibit A. The executive profiles as well as the company overview are also available at www.angeiongroup.com.

4.     Angeion has significant experience administering TCPA settlements similar to this matter, including: *Grogan v. Aaron's Inc.*, 1:18-cv-02821 (N.D. Ga.); *Carpenter v. Allstate Insurance Company*, 2:21-cv-03381 (S.D. Ohio); *Neal et al. v. Wal-Mart Stores, Inc. d/b/a Walmart and Synchrony Bank, f/k/a GE Capital Retail Bank*, 3:17-cv-00022 (W.D.N.C.); *Itayim et al. v. CYS*

*Group Inc.*, 0:19-cv-62197 (S.D. Fla.); and *Vasco v. Power Home Remodeling Group LLC*, 2:15-cv-04623 (E.D. Pa.).

5.     I have personally implemented and coordinated some of the largest and most complex class action notice and administration programs in the country. I have over 18 years of experience in the design and implementation of legal notice programs. The scope of my work includes notification, claims processing, and distribution programs in all types of class actions, including but not limited to TCPA, consumer, antitrust, securities, privacy, ERISA, insurance, and government agency settlements. My direct experience administering TCPA settlements similar to this matter, include: *Baldwin et al v. Miracle-Ear, Inc.*, 0:20-cv-01502 (D. Minn.); *Berman v. Freedom Financial Network, LLC et* al, 4:18-cv-01060 (N.D. Cal.); *Perrong v. Orbit Energy & Power, LLC*, 2:21-cv-00777 (E.D. Pa.); *Lowe et al v. CVS Pharmacy, Inc. et al*, 1:14-cv-03687 (N.D. Ill.); and *Abante Rooter and Plumbing, Inc. v. Birch Communications, Inc,.* 1:15-cv-03562 (N.D. Ga.).

6.     The Settlement Agreement provides for individual direct notice to all reasonably identifiable Settlement Class Members. To facilitate this process, the Parties have provided Angeion with a list of 19,562 unique telephone numbers that fall within the Settlement Class definition. Following preliminary approval of the Settlement, Angeion will work with established third-party vendors and information providers to which we subscribe, such as credit reporting agencies, to effectuate reverse-lookup searches using these telephone numbers to identify Settlement Class Members and obtain their associated contact information for purposes of providing direct notice.  Identifying names and contact information in this manner is consistent with my experience and industry standards for TCPA class action notice programs.

7.     Angeion will also employ the following best practices to increase the deliverability rate of the mailed notices: (i) all mailing address information for Settlement Class Members will be standardized and updated utilizing the United States Postal Service's ("USPS") National Change of Address database, which provides updated address information for individuals or entities who have moved during the previous four years and filed a change of address with the USPS; (ii) Notices returned to Angeion by the USPS with a forwarding address will be re-mailed to the new address provided by the USPS; (iii) Notices returned to Angeion by the USPS without forwarding addresses

will be subjected to an address verification search (commonly referred to as "skip tracing") utilizing additional publicly available data sources, including public records, real estate records, electronic directory assistance listings, etc., to locate updated addresses; and (iv) Notices will be re-mailed to Settlement Class Members for whom updated addresses were identified via the skip tracing process.

8.      Based on my experience with similar notice plans, we expect direct notice based on reverse lookups (which is commonplace in class action TCPA settlements) to result in the notice being successfully mailed to 80 to 90 percent of the Settlement Class.  Notably, the Federal Judicial Center states that a notice plan that reaches 70% of class members is "within the norm" *See* Barbara J. Rothstein & Thomas E. Willging, Federal Judicial Center, "Managing Class Action Litigation: A Pocket Guide or Judges," at 27 (3d ed. 2010).  Thus, we believe this direct notice process outlined herein is the best notice practicable under the circumstances.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in Milwaukee, Wisconsin

Dated: January 26, 2026

_____
ERIC SCHACHTER

# Exhibit A



# Innovation
*It's Part of Our DNA*

Class Action Administration
Mass Arbitration Administration
Mass Tort Services
Bankruptcy Solutions
Regulatory Remediation
Personal Injury Settlement Administration

angeiongroup.com

# The Angeion Advantage



Angeion Group is an independent, internationally-recognized settlement administrator that leverages world-class technology, best practices, and expertise in Class Action Administration, Mass Arbitration Administration, Mass Tort Services, and Regulatory Remediation. Formed by a proven and experienced executive leadership team, Angeion is bringing novel ideas and fresh approaches to notice and claims administration.


## Proven Experience

Count on Angeion for a trusted and proven track record in claims administration. The executive management team has supported over 2000 class action administrations and the distribution of over $15 billion to class members.


## Best Practice Focus

Angeion's team harnesses this experience through a set of proven and standard case management methodologies that form best practices and procedures for settling all cases. Underlying the commitment to best practices is Angeion's proprietary processing approach that simplifies and streamlines settlement administration. No other settlement administration firm can deliver this level of quality and experience.


## Operational Excellence

Angeion's sophisticated infrastructure drives superior case management and enables settlement administration that is more efficient and effective than other claims administrators.


## Superior Security with Angeion

Affirm 2.0 By integrating bank-level fraud detection with our unique data insights, AngeionAffirm 2.0 surpasses the capabilities of any single fraud prevention solution on the market and creates a more enjoyable and just claimant experience.



# Service Offerings

## Class Action Administration

- Class Action Administration
- Pre-Settlement Consultation
- Legal Noticing Services
- Claims Processing
- Data Management
- Website Design
- Call Center Services
- Distribution Services

## Mass Tort Administration

- Case Data Intake and Management
- Plaintiff Portal for Plaintiff Information Exchange
- Plaintiff Fact Sheet Completion
- Data Analytics
- Case Adjudication and Damages Allocation
- QSF Management
- Settlement Distribution

## Regulatory Remediation

- HIPAA Compliant Mailings
- Tax Reporting
- Payments
- Project Management
- Customer Support/Communications
- Claims Processing
- Notification

## Mass Arbitration Administration

- Campaign Management and Bookbuild
- Client Portal for Intake and Data Management
- Retainer Processing
- Client Service Center
- Release Processing
- Settlement Fund Management and Distribution
- Media Monitoring and Social Listening

## Bankruptcy Solutions

- Schedules & Statements
- Claims Processing
- Public Securities
- Balloting and Tabulation
- Disbursement Services
- Strategic Communications
- Bespoke Tech Solutions

## Personal Injury Settlement Administration

- Intake & Document Retrieval
- Treatment Coordination
- Demand Package Preparation
- Lien Resolution
- White-Labeled Operations
- Flexible Engagement Models



# Comprehensive Notice and Administration Services

Lean on the experience of Angeion to handle the nuances of settlement administration, managing thousands of complex tasks swiftly and efficiently. Angeion's technology-enabled services offer the flexible capacity for settlements of all sizes.



## Class Action Administration

Rely on the expertise and technological savvy of Angeion to manage your class action settlement needs at the highest level of precision and efficiency. Angeion's end- to-end class action services, best practice approaches, and dedicated operational infrastructure provide a streamlined and efficient administration path for all types of class action matters – large and small – including Antitrust, Securities, Labor & Employment, Data Breaches, Insurance and Consumer.



## Mass Arbitration Administration

Achieve results with the leaders in the field behind you. From initial outreach to tech- forward distribution, Angeion's project managers and tech experts use data, technology, and media best practices to pave your way to success. With Angeion, you can maximize claimant engagement, efficient claim completion and management, and a streamlined release process while leveraging modern and secure distribution options.



## Mass Tort Administration

Angeion Group's technology-enabled expertise offers support at every stage of a Mass Tort case. From intake through distribution, our process fosters communication with plaintiffs to streamline collection of documentation and information for Plaintiff Fact Sheets, data management, claim adjudication, and distribution of settlement funds. Our team of litigation support, customer service, data science and finance professionals mobilize to support both individual firms and global settlements with the sensitivity and diligence required for efficient resolution.



## Regulatory Remediation

When a regulatory incident occurs, Angeion Group's experts use data analytics and operational capabilities to help. From an SEC deficiency letter to a regulatory investigation that requires prompt reaction, Angeion provides dependable service to ensure your organization is compliant.



# Trusted Clients

| | CASE TYPE(S) | SERVICE(S) PROVIDED | START YEAR | STATUS |
|---|---|---|---|---|
| Apple | Consumer, Employment | Notices, Claims Filing, and Distribution | 2019 | Current |
| Allstate | Insurance | — | 2022 | Current |
| MUFG | Antitrust | Notices, Claims Filing, and Distribution | 2023 | Current |
| ITC | Data Breach | Notices, Claims Filing, and Distribution | 2021 | Completed / Ongoing* |
| salesforce | Data Breach | Notices, Claims Filing, and Distribution | 2020 | Completed / Ongoing* |



angeiongroup.com

5

# Proven Track Record

|  | **facebook** | **∞ Meta** | **G+** |
|---|---|---|---|
| **CASE NAME** | Facebook | Meta Location Tracking | Google Plus |
| **CASE TYPE** | Consumer Privacy | Consumer Privacy | Consumer Privacy |
| **SETTLEMENT FUND** | $90,000,000 | $37,500,000 | $7,500,000 |
| **SIZE OF CLASS** | 124,000,000 | 70,000,000 | 161,000,000 |
| **CLAIMS RATE** | 1.71% | 1.30% | 1.13% |
| **JUDGE & COURT** | Hon. Edward J. Davila, U.S. District Court, Northern District of California | Hon. James Donato, U.S. District Court, Northern District of California | Hon. Edward J. Davila, U.S. District Court, Northern District of California |
| **DATE** | Nov 10, 2022 | Apr 26, 2023 | Jan 25, 2021 |
| **COURT SUMMARY** | Court finds Plaintiffs' notice meets all due process requirements and is impressed with the methodology and technology used to reach Class Members. Court concludes that the Settlement Class has been provided adequate notice. | Court approves Notice Plan as practicable and reasonable in light of unique circumstances. Form, content, and method of giving notice to the Settlement Class are accepted as the best practicable under the circumstances. | Court finds the Notice Program meets all due process and notice requirements, is reasonable and appropriate, and constitutes the best notice reasonably calculated to apprise Settlement Class Members. Program was previously approved and directed by the Court and implemented by the Settlement Administrator and Parties. |



# Proven Track Record

| | ITC | MUFG | salesforce |
|---|---|---|---|
| **CASE NAME** | ITC Limited | LIBOR (MUFG) | Salesforce |
| **CASE TYPE** | Data Breach | Antitrust | Data Breach |
| **SETTLEMENT FUND** | $11,000,000 | $90,000,000 | $15,000,000 |
| **SIZE OF CLASS** | 4,300,000 | 160,000 | 200,000 |
| **CLAIMS RATE** | TBD | TBD | TBD |
| **JUDGE & COURT** | Hon. Edward J. Davila, U.S. District Court, Northern District of California | Hon. Naomi Reice Buchwald, U.S. District Court, Southern District of New York | Hon. Edward M. Chen, U.S. District Court, Northern District of California San Francisco District |
| **DATE** | Nov 10, 2022 | Jun 13, 2023 | Jun 25, 2021 |
| **COURT SUMMARY** | Court finds Plaintiffs' notice meets all due process requirements and is impressed with the methodology and technology used to reach Class Members. Court concludes that the Settlement Class has been provided adequate notice. | Court finds the proposed Notice Plan satisfies Rule 23(c)(2)(B) and due process. The Proof of Claim will elicit sufficient information to assess claims. OTC Plaintiffs' proposed Claims Administrator and Escrow Agent are qualified to serve. | Court finds the Notice Program met all requirements of due process and Rule 23. Notice was sufficient to inform Class Members of the Litigation, Settlement Agreement terms, rights to object, opt out, or receive benefits. It satisfied federal procedural and constitutional requirements. |



# Active Cases

| | CASE NAME | CASE TYPE | SETTLEMENT FUND | SIZE OF CLASS | CLAIMS RATE |
|---|---|---|---|---|---|
| 3M | AFFF 3M | Products Liability | $12,500,000,000 (up to) | 12,000 | — |
| PHILIPS | Philips CPAP | Products Liability | $479,000,000 | 10,800,000 | — |
| DUPONT | AFFF DuPont | Products Liability | $1,185,000,000 | 14,000 | — |
| KIA HYUNDAI | Kia Hyundai | Automotive | $145,000,000 (up to) | 9,000,000 | — |
| Rabobank | LIBOR Rabobank | Antitrust | $101,000,000 | 228,800 | — |
| MUFG | LIBOR MUFG | Antitrust | $90,000,000 | 228,800 | — |
| Google Play | Google Play Developers | Antitrust | $90,000,000 | 48,000 | — |
| PLAID | Plaid | Consumer Privacy | $58,000,000 | 98,000,000 | 1.28% |





# Writing the Rules in Progressive Settlement Administration

**COMPANY HEADQUARTERS**

Angeion Group
1650 Arch St., Suite 2210
Philadelphia, PA 19103

(215) 563-4116
salesteam@angeiongroup.com

[Let's connect on LinkedIn](#)

**NEW YORK OFFICE**

Angeion Group
200 Vesey St., 24th Floor
New York, NY 10281

**LONDON OFFICE**

Angeion Group International
8 St. James's Square
London
SW1Y 4JU
United Kingdom