IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA CHARLES KUJAWA, individually and on behalf of all others similarly situated, | : : : | CASE NO. 25-cv-00768-GAM |
| Plaintiff, | : : | |
| v. | : : | |
| TATE & KIRLIN ASSOCIATES, INC. | : : | |
| Defendant. | : : | |

**DECLARATION OF ANTHONY PARONICH IN SUPPORT OF
PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS'
FEES, EXPENSESAND CLASS REPRESENTATIVE SERVICE PAYMENT**

I, Anthony Paronich, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Anthony Paronich.

2. I am over twenty-one years of age.

3. I am fully competent to make the statements contained in this declaration.

4. I am admitted to practice before this Court *pro hac vice*.

5. I submit this this declaration in support of Plaintiff's motion for attorneys' fees, expenses, and a service award.

6. I am a 2010 graduate of Suffolk Law School. In 2010, I was admitted to the Bar in Massachusetts. Since then, I have been admitted to practice before the Federal District Court for the District of Massachusetts, the Northern District of Illinois, the Eastern District of Michigan, the Western District of Wisconsin, the Southern District of Indiana, the First Circuit Court of Appeals, the Seventh Circuit Court of Appeals, and the Ninth Circuit Court of Appeals. From time to time, I have appeared in other State and Federal District Courts *pro hac vice*. I am in good standing in every court to which I am admitted to practice.

7. I was an associate at Broderick Law, P.C. in Boston, Massachusetts from 2010 through 2016.

8. I was a partner at Broderick & Paronich, P.C. in Boston, Massachusetts from 2016 through 2019.

9. In 2019, I started Paronich Law, P.C., focused on protecting consumers in class action lawsuits.

10. I have been appointed class counsel in more than 50 TCPA cases, including the following:

    i. Desai and Charvat v. ADT Security Services, Inc., USDC, N.D. Ill., 11-CV-1925, a TCPA class settlement of $15,000,000 granted final approval on June 21, 2013.

    ii. Jay Clogg Realty Group, Inc. v. Burger King Corporation, USDC, D. Md., 13-cv-00662, a TCPA class settlement of $8,500,000 granted final approval on April 15, 2015.

    iii. Charvat v. AEP Energy, Inc., USDC, N.D. Ill., 1:14-cv-03121, a TCPA class settlement of $6,000,000 granted final approval on September 28, 2015.

    iv. Bull v. US Coachways, Inc., USDC, N.D. Ill., 1:14-cv-05789, a TCPA class settlement finally approved on November 11, 2016 with an agreement for judgment in the amount of $49,932,375 and an assignment of rights against defendant's insurance carrier.

    v. Smith v. State Farm Mut. Auto. Ins. Co., et. al., USDC, N.D. Ill., 1:13-cv-02018, a TCPA class settlement of $7,000,000.00 granted final approval on December 8, 2016.

    vi. Mey v. Frontier Communications Corporation, USDC, D. Conn., 3:13-cv-1191-MPS, a TCPA class settlement of $11,000,000 granted final approval on June 2, 2017.

    vii. Heidarpour v. Central Payment Co., USDC, M.D. Ga., 15-cv-139, a TCPA class settlement of $6,500,000 granted final approval on May 4, 2017.

    viii. Abante Rooter and Plumbing, Inc. v. Birch Communications, Inc., USDC, N.D. Ga., 1:15-CV-03562-AT, a TCPA class settlement of $12,000,000 granted final approval on December 14, 2017.

    ix. Abante Rooter and Plumbing, Inc. v. Pivotal Payments, Inc., USDC, N.D. Ca., 3:16-cv-05486-JCS, a TCPA class settlement of $9,000,000 granted final approval on October 15, 2018.

    x. In re Monitronics International, Inc., USDC, N.D. W.Va., 1:13-md-02493-JPB-

1

<dl>
</dl>

|      |       |
|------|-------|
| | JES, a TCPA class settlement of $28,000,0000 granted final approval on June 12, 2018. |
| xi. | <u>Thomas Krakauer v. Dish Network, L.L.C.</u>, USDC, M.D.N.C., 1:14-CV-333 on September 9, 2015. Following a contested class certification motion, this case went to trial in January of 2017 returning a verdict of $20,446,400. On May 22, 2017, this amount was trebled by the Court after finding that Dish Network's violations were "willful or knowing", for a revised damages award of $61,339,200. (Dkt. No. 338). The Fourth Circuit Court of Appeals unanimously affirmed the judgment in May of 2019. *Krakauer v. Dish Network, L.L.C.,* 925 F.3d 643 (4th Cir. 2019). The United States Supreme Court rejected *certiorari* of this matter in December of 2019. *See DISH Network L.L.C. v. Krakauer,* 140 S. Ct. 676 (2019). |
| xii. | <u>Charvat v. Carnival Corporation & PLC, et. al.</u>, USDC, ND. Ill., 1:13-cv-00042, a TCPA class settlement of $12,500,000 granted final approval in April of 2020. |
| xiii. | <u>Loftus v. Sunrun, Inc.</u>, USDC, N.D. Ca.., 3:19-cv-1608, a TCPA class settlement of $5,500,000 granted final approval on May 11, 2021. |
| xiv. | <u>Andrew Perrong v. Orbit Energy & Power, LLC,</u> USDC, E.D. PA., Civil Action No. No. 2:21-cv-777. A class settlement of $6,000,000 granted final approval on June 21, 2022. |
| xv. | <u>David Vance, et. al. v. DirecTV, LLC</u>, USDC, N.D. WV., Civil Action No. 5:17-cv-179. A class settlement of $16,850,000 granted final approval on August 24, 2023. |
| xvi. | <u>Berman v. Freedom Financial Network, LLC et al</u>, N.D. CA., Civil Action No. 18-cv-1060. A class action settlement of $9,750,000 granted final approval on February 23, 2024 |
| xvii. | <u>Murray v. Grocery Delivery E-Services USA, Inc</u>. D. MA. Civil Action No. 19-cv-12608. A class action settlement of $11,000,000 granted final approval on March 13, 2024. |
| xviii. | <u>Williams v. Choice Health Insurance LLC,</u> M.D. AL., Civil Action No. 23-cv-292. A class action settlement of $7,000,000 granted final approval on July 22, 2024 |
| xix. | <u>Smith, et. al. v. Assurance IQ, LLC</u>, Civil Action No. 23-ch-09225 (Ill.). A class action settlement of $21,875,000, granted final approval on September 3, 2024. |

xx.   <u>Mantha v. Quotewizard.com, LLC,</u> USDC, D. MA., 19-cv-12235, A TCPA class action settlement of $19,000,000 granted final approval on September 29, 2025.

xxi.  <u>Miller v. Zale Delaware, Inc.</u> Civil Action No. 25-CA-4088 (Fl.) A TCPA class action settlement of $7,548,300 granted final approval on November 23, 2025.

11. My firm has no known conflicts with the proposed settlement class.

### The Settlement and the Relief Achieved

12. The Parties executed a Settlement Agreement that establishes a non-reversionary Settlement Fund in the amount of $1,000,000 for the benefit of the Settlement Class, subject to Court approval.

13. The proposed Settlement Class includes 19,562 unique telephone numbers identified in the course of this litigation by the Plaintiff's expert. If claims rates are typical with other TCPA cases, Plaintiff's counsel anticipates that each claimant will receive *$250 to $350*.

14. Subject to Court approval and the terms of the Settlement Agreement, Settlement Class Members who submit valid claims will receive an equal share of the net Settlement Fund after deduction of Court-approved attorneys' fees, expenses, settlement administration costs, and the service payment.

15. In addition to monetary relief, Defendant agreed to take remedial measures aimed at curbing future potentially violative calls, providing meaningful prospective relief to the Settlement Class.

### Litigation Efforts and Arm's-Length Negotiations

16. The Settlement was achieved only after counsel investigated the claims and defenses, analyzed the relevant calling data and policies, and evaluated the risks and uncertainties of continued litigation, including risks relating to class certification, liability, statutory damages, and collection.

17. The Parties engaged in discovery and information exchange sufficient to evaluate

3

the strengths and weaknesses of the claims and defenses, including written discovery, document production, and deposition testimony concerning Defendant's calling practices and defenses. The Plaintiff also engaged an expert who analyzed the calling data produced.

18. The Parties reached the Settlement through formal mediation with independent mediator Aaron Weiss during a full-day mediation. The Settlement amount was informed by a mediator's proposal that the Parties later accepted.

19. Class Counsel litigated this Action on a contingent basis and advanced time and expenses with no guarantee of recovery.

20. Class Counsel devoted substantial attorney and staff time to this Action, including investigation, drafting pleadings, litigating contested issues, conducting discovery, working with experts or consultants as needed, preparing for and participating in mediation, negotiating settlement terms, and coordinating settlement implementation.

## Reimbursement of Litigation Expenses

21. Class Counsel incurred litigation expenses totaling $22,150.00, including costs associated with filing and service, travel, deposition-related expenses, expert-related expenses, and mediation fees.

22. These expenses were actually incurred, were necessary to the prosecution and resolution of the Action, and are the types of expenses customarily charged to fee-paying clients.

## Service Payment to Plaintiff

23. Plaintiff assisted counsel and protected the interests of the Settlement Class throughout the litigation. Among other things, Plaintiff communicated with counsel regarding the facts and claims, remained available to assist with litigation decisions, and undertook the obligations and potential burdens associated with serving as the class representative.

24. Plaintiff's decision to pursue this case as a class action, rather than solely as an individual matter, directly benefited the Settlement Class and contributed to the creation of the Settlement Fund and the remedial relief achieved.

25. In my judgment, a service payment of $5,000 is fair and reasonable in light of

Plaintiff's efforts, the obligations assumed, and the result achieved for the Settlement Class.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on March 1, 2026.                    By: *s/ Anthony Paronich*
                                                  Anthony Paronich