**IN THE UNITED STATES DISCTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| JOSHUA CHARLES KUJAWA, *individually, and on behalf of all others similarly situated*,<br><br>        Plaintiff,<br><br>v.<br><br>TATE & KIRLIN ASSOCIATES, INC.<br><br>        Defendant. | CASE NO. 25-cv-00768-GAM |

<u>**DECLARATION OF WILL CHRISTEN RE: NOTICE AND ADMINISTRATION**</u>

I, Will Christen, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge:

1.      I am an Associate Project Manager with Angeion Group, LLC ("Angeion"), the Settlement Administrator retained in this matter, located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.  I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein, as well as information that has been provided to me by my colleagues in the ordinary course of business at Angeion.

<u>**CAFA NOTICE**</u>

2.      On January 29, 2026, pursuant to 28 U.S.C. §1715, Angeion caused notice of this Settlement and related materials ("CAFA Notice") to be sent to the Attorneys General of all states and territories, as well as the Attorney General of the United States. A true and correct copy of the CAFA Notice cover letter is attached hereto as **Exhibit A**.

3.      As of the date of this Declaration, Angeion has not received any objection, inquiry, or response from any state attorney general, territorial attorney general, public utility commission, or the Attorney General of the United States regarding the Settlement.

Declaration of Will Christen re: Notice & Administration

**CLASS DATA**

4.      On January 19, 2026, Angeion received an electronic file from Plaintiff's Counsel containing the 19,562 Settlement Class phone numbers (the "Class List"). Upon receipt of the Settlement Class telephone numbers, using credit-bureau and/or other public-source databases, Angeion caused reverse lookup searches to be performed to locate names and mailing addresses associated with the 19,562 Settlement Class telephone numbers. This process resulted in the identification of names and valid mailing addresses for 19,368 unique Settlement Class Members for direct noticing (the "Mailing List"). Prior to effectuating direct notice, Angeion also processed the names and mailing addresses on the Class List through the National Change of Address Database ("NCOA") to standardize the mailing addresses and then update any address changes on file with the United States Postal Service ("USPS").

**DIRECT NOTICE**

5.      On February 27, 2026, Angeion caused the Postcard Notice to be mailed via the United States Postal Service ("USPS") first class mail, postage prepaid, to the 19,368 Settlement Class Members on the Mailing List. The Postcard Notice is attached hereto as **Exhibit B**.

6.      Notices that were returned by the USPS as undeliverable with a forwarding address were re-mailed to that forwarding address. Notices that were returned by the USPS without a forwarding address were subjected to an address verification search ("skip trace") in an attempt to locate an updated address. As a result of the above-described efforts, of the 3,021 Postcard Notices returned as undeliverable by the USPS, 843 were timely re-mailed to updated addresses.

Declaration of Will Christen re: Notice & Administration

7.     As a result of the above-described efforts, Angeion estimates that Postcard Notices were successfully delivered[1] to approximately 87.87%[2] of the Settlement Class Members on the Class List.

**SETTLEMENT WEBSITE**

8.     On February 27, 2026, Angeion activated a case-specific website, www.TKASettlement.com (the "Settlement Website"), where Settlement Class Members were able to file a claim directly on the website or download and print the Claim Form to be completed and mailed via the USPS. Also on the Settlement Website, Settlement Class Members can easily view general information about this class action Settlement, review relevant Court documents, and view important dates and deadlines pertinent to the Settlement. The Settlement Website also has a "Contact Us" page whereby Settlement Class Members can send an email with any additional questions to a dedicated email address, info@TKASettlement.com.

9.     On February 27, 2026, Angeion uploaded true and correct copies of the Class Action Complaint, Settlement Agreement, the Preliminary Approval Order, the "Long Form" Notice of Proposed Class Action Settlement ("Long Form Notice"), and the Claim Form to the "Important Documents" page of the Settlement website. A true and correct copy of the Long Form Notice is attached hereto as **Exhibit C**. On March 2, 2026, Angeion uploaded true and correct copies of Plaintiff's Brief and Anthony Patronich's Declaration in Support of Plaintiff's Motion for Award of Attorneys' Fees, Expenses, and Class Representative Service Payment. As of the

---

[1] For purposes of this estimate, "successfully delivered" includes the following: (1) Postcard Notices that were mailed and not returned as undeliverable by the USPS; and (2) Postcard Notices that were returned as undeliverable by the USPS and subsequently remailed to updated addresses and not returned as undeliverable a second time.
[2] The approximate 87.87% deliverability rate was calculated as follows: 19,368 Postcard Notices mailed minus the 3,021 Postcard Notices returned as undeliverable by the USPS plus the 843 Postcard Notices remailed (and not returned as undeliverable a second time). This resulted in a subtotal of 17,190 which was divided by the number of Settlement Class Member records on the Class List (19,562).

date of this declaration, the Settlement Website has received 1,008 website visits by 682 unique users totaling 2,052 pageviews.

## TOLL-FREE HOTLINE

10.    On February 27, 2026, Angeion activated the following toll-free number dedicated to this Settlement: 1-888-688-4265. The toll-free hotline utilizes an interactive voice response ("IVR") system to provide Settlement Class Members with responses to frequently asked questions and provide essential information regarding the Settlement. This hotline is accessible 24 hours a day, 7 days a week.  As of the date of this declaration, Angeion has received 46 calls totaling 161 minutes.

## CLAIM FORMS

11.    The deadline for Settlement Class Members to submit a Claim Form was March 30, 2026. As of the date of this declaration, Angeion has received 780 Claim Form submissions. These claim form submissions are still subject to final audits, including the full assessment of each claim's validity and a review for duplicate submissions. Angeion will continue to report to the Parties the number of Claim Form submissions it receives and processes.

## EXCLUSIONS & OBJECTIONS

12.    The deadline to submit a request for exclusion from the Settlement was on March 30, 2026. As of the date of this declaration, Angeion has not received nor been made aware of any requests for exclusion.

13.    The deadline to submit an objection to the Settlement was on March 30, 2026. As of the date of this declaration, Angeion has not received nor been made aware of any written objections.

Declaration of Will Christen re: Notice & Administration

**PRELIMINARY SETTLEMENT AWARD CALCULATIONS**

14.     Angeion has preliminarily calculated the Settlement Class Member payment amounts. These calculations are based on the assumptions that the gross Settlement amount is $1,000,000, and from that amount, deductions are made for (a) attorneys' fees and litigation expenses ($355,483.33); (b) class representative service award ($5,000.00); and (c) administration costs ($55,275.00). The remaining amount ($584,241.67); (the "Net Settlement Fund") will be distributed on a *pro rata* basis to Settlement Class Members with Approved Claims. Each Settlement Class Member who submits an Approved Claim shall be entitled to receive an amount equal to the Net Settlement Fund divided by the total number of Approved Claims, which is estimated to be $749.02 per claim. Should the Court-awarded fees or costs differ from those shown above, or if the list of Settlement Class Members approved for payment and/or their class data changes, the estimated award allocation calculations will change accordingly.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Philadelphia, Pennsylvania, this 5th day of June, 2026.

*Will Christen*
Will Christen, Declarant

Declaration of Will Christen re: Notice & Administration