# EXHIBIT A



**1650 Arch Street • Suite 2210 • Philadelphia PA 19103**
**www.angeiongroup.com**

January 29, 2026

VIA USPS PRIORITY MAIL

United States Attorney General & Appropriate Officials

**Re: Notice of Proposed Class Action Settlement**

Dear Counsel or Official:

Angeion Group, an independent claims administrator, on behalf of the defendant in the below-described action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

> **Case Name:** *Kujawa vs. Tate & Kirlin Associates, Inc.*
> **Case No.:** 2:25-cv-00768
> **Jurisdiction:** United States District Court for the Eastern District of Pennsylvania
> **Date Settlement Filed with Court:** January 19, 2026

In accordance with the requirements of 28 U.S.C. § 1715, copies of the following documents associated with this action are available at https://cafa.angeiongroup.com/kujawa-vs-tate-kirlin-associates-inc/:

1.  **28 U.S.C. § 1715(b)(1)-Complaint:** The *Class Action Complaint* was filed with the Court on February 13, 2025.

2.  **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:** There are currently no scheduled hearings for this case as of the date of this Notice.

3.  **28 U.S.C. § 1715(b)(3)-Notification to Class Members:** The proposed *Class Notice* and *Claim Form* were filed with the Court on January 19, 2026.

4.  **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:** The *Class Action Settlement Agreement, Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement,* and *Declaration of Anthony Paronich in Support of Plaintiff's Unopposed Motion for Preliminary*

Notice of Proposed Class Action Settlement

*Approval of Class Action Settlement* were filed with the Court on January 19, 2026. *Plaintiff's Supplement in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement* and *Declaration of Eric Schachter of Angeion Group in Support of Plaintiff's Motion for Preliminary Approval of Settlement* were filed with the Court on January 26, 2026. All documents are also available at https://cafa.angeiongroup.com/kujawa-vs-tate-kirlin-associates-inc/.

5. **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:** Other than the Settlement Agreement, there are no other settlements or agreements made between the parties related to the proposed settlement.

6. **28 U.S.C. § 1715(b)(6)-Final Judgment:** As of the date of this Notice, no Final Judgment or notice of dismissal has been entered in this case.

7. **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:** At this time, it is not feasible for Defendant to provide a list of known class member names and their state of residence. The estimated proportional share of the Settlement benefits is not available at this time, as it is contingent on Class Member submissions of claim forms. Based on the information currently available, Defendant does not have any reason to believe that the proportionate share of claims will differ in any material way from the proportionate share of class members in each state, as nothing about the settlement suggests or incentivizes differing claims rates across states and the size of a claimant's award does not depend on the state in which they reside.

8. **28 U.S.C. § 1715(b)(8)-Judicial Opinions Related to the Settlement:** The Court has not issued a judicial opinion concerning the proposed settlement at this time. The Order Preliminarily Approving Class Action Settlement is available at https://cafa.angeiongroup.com/kujawa-vs-tate-kirlin-associates-inc/.

If you have any questions regarding the details of this notice, please contact counsel for Defendant, Brit J. Suttell, at:

Brit J. Suttell
Barron & Newburger, P.C.
6100 219th St. SW, Suite 480
Mountlake Terrace, WA  98043
britjsuttell@bn-lawyers.com

If you need assistance accessing the CAFA website, please contact Angeion Group at:

2

Notice of Proposed Class Action Settlement

**Angeion Group**
1650 Arch Street, Suite 2210
Philadelphia PA 19103
www.angeiongroup.com
CAFA@angeiongroup.com

# EXHIBIT B

**This is a notice of a settlement of a class action lawsuit.**

**This is <u>not</u> a notice of a lawsuit against you.**

If you are a person to whose cellular telephone number Tate & Kirlin Associates, Inc. ("Tate & Kirlin") placed, or directed to a number assigned to a cellular telephone, but not assigned to a Tate & Kirlin client, in connection with which Tate & Kirlin, used an artificial or prerecorded voice, from February 13, 2021, through January 27, 2026, you may be entitled to compensation as a result of the settlement in the class action lawsuit captioned: Kujawa vs. Tate & Kirlin Associates, Inc., No. 2:25-cv-00768 (E.D. Pa.)

**A federal court authorized this notice. This is <u>not</u> a solicitation from a lawyer.**

**Please read this notice carefully. It summarily explains your potential rights and options to participate in a class action settlement.**

*Kujawa v. Tate & Kirlin Associates, Inc.*
c/o Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

*Electronic Service Requested*

Postal Service: Please do not mark barcode

Notice ID:
Confirmation Code:

---

**Carefully separate at perforation**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

*Kujawa vs. Tate & Kirlin Associates, Inc.*, No. 2:25-cv-00768 (E.D. Pa.)

**<u>SETTLEMENT CLAIM FORM</u>**

**Notice ID: «Notice ID»**
**«First Name» «Last Name»**
**«Address1»**
**«City», «State» «Zip»**

**Name/Address Changes:**

Tate & Kirlin Associates, Inc., placed, or caused to be placed, a call to my cellular, even though I did not owe a debt to a Tate & Kirlin client using an artificial or prerecorded voice between February 13, 2021, and January 27, 2026. I wish to participate in this settlement.

**Telephone number at which I received the call(s):** _____

**Signature:** _____

**Date of signature:** _____

**To receive a payment you must enter all requested information above, and sign
and mail this settlement claim form, postmarked on or before March 30, 2026.**

**You may also submit a claim electronically at www.TKASettlement.com.**

**IF YOU MOVE, send your CHANGE OF ADDRESS to the Settlement Administrator at the address on the backside of this form.**

**What is this lawsuit about?** Joseph Charles Kujawa filed a class action lawsuit against Tate & Kirlin Associates, Inc. ("Tate & Kirlin"), alleging Tate & Kirlin violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, by placing a call to cellular telephone in connection with which Tate & Kirlin used an artificial or prerecorded voice absent prior express consent and where the recipient of the call was not a customer of Tate & Kirlin's client(s). Tate & Kirlin denies Mr. Kujawa's allegations, and denies it violated the TCPA. The court has not decided who is right or wrong. The parties have agreed to a settlement.

**Why did you receive this notice?** You received this notice because Tate & Kirlin's records identified you as a potential member of the following settlement class: "All persons throughout the United States (1) to whom Tate & Kirlin Associates, Inc. placed, or caused to be placed, a call to collect a debt, (2) directed to a number assigned to a cellular telephone, but not assigned to a Tate & Kirlin Associates, Inc. client, (3) in connection with which Tate & Kirlin Associates, Inc. used an artificial or prerecorded voice, (4) from February 13, 2021, through the date of preliminary approval, (5) as identified in the Expert Report of Aaron Woolfson."

**What does the settlement provide?** Tate & Kirlin will establish a settlement fund of $1,000,000. Out of the settlement fund will be paid: (1) settlement compensation to participating settlement class members; (2) an award of attorneys' fees not to exceed one-third of the settlement fund, subject to the court's approval; (3) litigation costs and expenses incurred by class counsel in litigating the claims in this matter not to exceed $25,000, subject to the court's approval; and (4) costs of notice and administration. It is estimated that each valid, approved claimant will receive between $250 and $350, depending on the number of settlement class members who participate.

**What are your legal rights and options?** If you fall within the settlement class, you have four options. First, you may timely complete and return the claim form found on the backside of this postcard, or timely submit a claim online at **www.TKASettlement.com**. Settlement class members who timely submit valid, approved claims will receive a proportionate share of the settlement fund after deducting attorneys' fees, costs, and expenses, and will release certain TCPA and FDCPA claims they may have against Tate & Kirlin. Second, you may do nothing, in which case you will not receive a share of the settlement fund, but you will release certain TCPA or FDCPA claims you may have against Tate & Kirlin. Third, you may exclude yourself from the settlement, in which case you will neither receive a share of the settlement fund, nor release any TCPA or FDCPA claims you may have against Tate & Kirlin. Or fourth, you may object to the settlement. The deadline for you to submit a claim, exclusion request, or objection is **March 30, 2026**. To obtain additional information about your legal rights and options, or to access the full class notice, motions for approval, motion for attorneys' fees, and other important documents, visit **www.TKASettlement.com**, or contact the settlement administrator by writing to *Kujawa v. Tate & Kirlin, Inc.*, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103, or by calling 1-888-688-4265.

**When is the final fairness hearing?** The court will hold a final fairness hearing on **June 24, 2026 at 10:00 a.m.** The hearing will take place in Courtroom 9-B of the United States Courthouse, 601 Market Street, Philadelphia, PA 19106. At the final fairness hearing, the court will consider whether the settlement is fair, reasonable, and adequate and, if so, whether final approval of the settlement should be granted. The court will also hear objections to the settlement, if any. The court may make a decision at that time, postpone a decision, or continue the hearing.

_____

_____

_____

| Place Postage Here |
| --- |

*Kujawa vs. Tate & Kirlin Associates, Inc.*
c/o Settlement Administrator
Attn: Claim Forms
1650 Arch Street, Ste 2210
Philadelphia, PA 19103

# EXHIBIT C

**This is a notice of a settlement of a class action lawsuit.**

**This is <u>not</u> a notice of a lawsuit against you.**

If you are a person to whose cellular telephone number Tate & Kirlin Associates, Inc. ("Tate & Kirlin") placed, directed to a number assigned to a cellular telephone, but not assigned to a Tate & Kirlin client, in connection with which Tate & Kirlin, used an artificial or prerecorded voice, from February 13, 2021, through January 27, 2026, you may be entitled to compensation as a result of the settlement in the class action lawsuit captioned:

*Kujawa vs. Tate & Kirlin Associates, Inc.*, Easat (E.D. Pa.)

**A federal court authorized this notice.**

**This is <u>not</u> a solicitation from a lawyer.**

**Please read this notice carefully.**

**It explains your rights and options to participate in the class action settlement.**

- The settlement will result in a fund of $1,000,000.00 to fully settle and release certain claims of persons to whose cellular telephone numbers Tate & Kirlin placed or directed to a number assigned to a cellular telephone service, but not assigned to an Tate & Kirlin client, in connection with which Tate & Kirlin, used an artificial or prerecorded voice, from February 13, 2021, through January 27, 2026.

- The settlement fund will be used to pay settlement amounts to settlement class members who elect to participate, after deducting the costs of settlement notice and administration, attorneys' fees, and litigation costs and expenses.

- If you are a settlement class member, your legal rights are affected, and you now have a choice to make:

1

| SUBMIT A TIMELY CLAIM FORM | If you timely submit a valid, approved claim form by **March 30, 2026**, you will receive a share of the settlement fund after certain deductions, and you will release certain Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, and Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, claims you may have against Tate & Kirlin. |
|---|---|
| DO NOTHING | If you do nothing, you will <u>not</u> receive a share of the settlement fund, but if you are a settlement class member you will release certain TCPA and FDCPA claims you may have against Tate & Kirlin. |
| EXCLUDE YOURSELF | If you exclude yourself from the settlement, you will <u>not</u> receive a share of the settlement fund, and you will <u>not</u> release any TCPA or FDCPA claims you may have against Tate & Kirlin. The deadline to exclude yourself is **March 30, 2026**. |
| OBJECT | Write to the court about why you do not like the settlement. The deadline to object is **March 30, 2026**. |

### Why is this notice available?

This is a notice of a settlement in a class action lawsuit. The settlement would resolve the class action lawsuit Joseph Charles Kujawa filed against Tate & Kirlin Associates, Inc. Please read this notice carefully. It explains the class action lawsuit, the settlement, and legal rights you may have, including the process for receiving a settlement check, excluding yourself from the settlement, or objecting to the settlement.

### What is the class action about?

Mr. Kujawa filed a class action lawsuit against Tate & Kirlin alleging that Tate & Kirlin violated the TCPA by placing certain calls to cellular telephone numbers in connection with which Tate & Kirlin used an artificial or prerecorded voice absent prior express consent, relating to a Tate & Kirlin client's debt that Mr. Kujawa alleges he did not owe. The TCPA allows for damages in the amount of $500 per violation, and up to $1,500 for willful violations. However, prior express consent is a complete defense to a claim under the TCPA. You can find additional information about Mr. Kujawa's claims in his class action complaint, which is available at **www.TKAsettlement.com** on the "Important Documents" page of the website.

### Why is this a class action?

In a class action, one or more people called "class representatives" file a class action lawsuit on behalf of people who have similar claims. All these people together are a "class" or "class members." The court accordingly resolves claims for all class members at once, except for those who first exclude themselves from the class.

**Why is there a settlement?**

Mr. Kujawa, on the one hand, and Tate & Kirlin, on the other, have agreed to settle the class action lawsuit to avoid the time, risk, and expense associated with it, and to achieve a final resolution of the disputed claims. Under the settlement, settlement class members will obtain a payment in settlement of claims Mr. Kujawa raised in the class action lawsuit. Mr. Kujawa and his attorneys think the settlement is fair and reasonable.

**How do you know if your claims are included in the settlement?**

The settlement resolves claims on behalf of the following settlement class:

All persons throughout the United States (1) to whom Tate & Kirlin Associates, Inc. placed, or caused to be placed, a call to collect a debt, (2) directed to a number assigned to a cellular telephone, but not assigned to a Tate & Kirlin Associates, Inc. client, (3) in connection with which Tate & Kirlin Associates, Inc. used an artificial or prerecorded voice, (4) from February 13, 2021, through January 27, 2026, (5) as identified in the Expert Report of Aaron Woolfson.

**What does the settlement provide?**

Tate & Kirlin will establish a settlement fund in the amount of $1,000,000 to compensate members of the settlement class. Out of the settlement fund will be paid:

a. Settlement compensation to participating settlement class members;

b. Notice and administration costs;

c. An award of attorneys' fees not to exceed one-third of the settlement fund, subject to the court's approval; and

d. Litigation costs and expenses incurred in litigating the TCPA claims in this matter not to exceed $25,000, subject to the court's approval.

Each member of the settlement class who submits a timely, valid, and approved claim form will be entitled, subject to the provisions of the settlement agreement, to their equal share of the $1,000,000 settlement fund as it exists after deducting:

a. Notice and administration costs (including related taxes and expenses);

b. An award of attorneys' fees; and

c. Litigation costs and expenses incurred in litigating the claims in this matter.

3

It is estimated that each participating member of the settlement class will receive between $250 and $350. The actual amount each participating member of the settlement class will receive may be more or less depending on the number of settlement class members who submit timely, valid, and approved claims.

### How can you get a payment?

You must mail a valid, approved claim form to *Kujawa v. Tate & Kirlin, Inc.,* c/o Settlement Administrator, ATTN: CLAIM FORMS, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103 postmarked by **March 30, 2026**. Or you must submit a valid, approved claim through **www.TKAsettlement.com** by **March 30, 2026**.

### When will you be paid?

If the court grants final approval of the settlement, settlement checks will be mailed to settlement class members who timely mailed or submitted valid, approved claim forms no later than thirty (30) days after the judgment in the lawsuit becomes final. If there is an appeal of the settlement, payment may be delayed.

### What rights are you giving up in connection with this settlement?

If you fall within the settlement class, and unless you exclude yourself from the settlement, you will give up your right to sue or continue a lawsuit against Tate & Kirlin over the released claims, as defined in the settlement agreement. Giving up your legal claims is called a release. If you fall within the settlement class, unless you formally exclude yourself from the settlement, you will release certain TCPA or FDCPA claims you may have against Tate & Kirlin.

For more information about the release, released parties, and released claims, you may obtain a copy of the class action settlement agreement from the settlement website, **www.TKAsettlement.com**, or from the clerk of the United States District Court for the Eastern District of Pennsylvania.

### How can you exclude yourself from the settlement?

If you fall within the settlement class, you may exclude yourself from the settlement, in which case you will <u>not</u> receive a payment, and you will <u>not</u> release any TCPA or FDCPA claims you may have against Tate & Kirlin. If you fall within the settlement class, and if you wish to exclude yourself from the settlement, you must mail a written request for exclusion to the claims administrator at the following address, postmarked by **March 30, 2026**:

*Kujawa v. Tate & Kirlin Associates, Inc.*
c/o Settlement Administrator
ATTN: EXCLUSION REQUEST
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

4

You must include in your request for exclusion your:

a. Full name;

b. Address;

c. Telephone number called by Tate & Kirlin demonstrating that you are a member of the settlement class; and

d. Clear and unambiguous statement that you wish to be excluded from the settlement, such as "I request to be excluded from the settlement in the *Kujawa v. Tate & Kirlin Inc.* action."

You must sign the request personally. If any person signs on your behalf, that person must attach a copy of the power of attorney authorizing that signature.

### When and where will the court decide whether to approve the settlement?

The court will hold a final fairness hearing on June 24, 2026, at 10:00 a.m. The hearing will take place in Courtroom 9-B of the United States Courthouse, 601 Market Street, Philadelphia, PA 19106. At the final fairness hearing, the court will consider whether the settlement is fair, reasonable, and adequate and, if so, whether final approval of the settlement should be granted. The court will also hear objections to the settlement, if any. The court may make a decision at that time, postpone a decision, or continue the hearing.

The date of the final fairness hearing may change without further notice. Settlement class members should check the settlement website, **www.TKASettlement.com**, or the court's Public Access to Court Electronic Records ("PACER") site to confirm that the date has not changed.

### Do you have to attend the final fairness hearing?

No, there is no requirement that you attend the final fairness hearing. However, you are welcome to attend the hearing, in person, at your own expense. You cannot speak at the hearing if you have excluded yourself from the settlement class because the settlement no longer affects your legal rights.

### What if you want to object to the settlement?

If you fall within the settlement class, and if you do not exclude yourself from the settlement class, you can object to the settlement, or any part of it, if you do not believe it is fair, reasonable, and adequate. If you fall within the settlement class, and if you wish to object, you must mail a written notice of objection, postmarked by **March 30, 2026**, to class counsel, counsel for Tate & Kirlin, and to the Court, at the following addresses:

| Class Counsel: | Counsel for Tate & Kirlin: | The Court: |
|---|---|---|
| Anthony I. Paronich<br>PARONICH LAW, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Tel: (617) 485-0018<br>Fax: (508) 318-8100<br>anthony@paronichlaw.com | Brit Suttell<br>Barron & Newburger, P.C.<br>6100 219th St. SW, Suite 480<br>Mountlake Terrace, WA 98043<br>Tel: (484) 999-4232<br>britjsuttell@bn-lawyers.com | United States District Court for the Eastern District of Pennsylvania<br>601 Market Street<br>Philadelphia, PA 19106 |

You must include in your objection your:

a.  Full name;

b.  Address;

c.  Telephone number to which Tate & Kirlin placed a subject artificial or prerecorded voice call from February 13, 2021, through January 27, 2026, to demonstrate that you are a member of the settlement class;

d.  Statement of the objection;

e.  Description of the facts underlying the objection;

f.  Description of the legal authorities that support each objection;

g.  Statement noting whether you intend to appear at the Fairness Hearing;

h.  List of all witnesses that you intend to call by live testimony, deposition testimony, or affidavit or declaration testimony;

i.  List of exhibits that you intend to present at the Fairness Hearing; and

j.  Signature.

By filing an objection, you can ask the court to deny approval of the settlement. But you cannot ask the court to order a different settlement. The court can only approve or reject the settlement. If the court denies approval, no settlement payments will be sent out and the class action lawsuit will continue. If that is what you want to happen, you must object.

Any objection to the proposed settlement must be in writing. If you fall within the settlement class, and if you submit a timely written objection, you may, but are not required to, appear at the final fairness hearing in person. If you appear through an attorney, you are responsible for hiring and paying that attorney.

### By when must you enter an appearance?

Any settlement class member who objects to the settlement and wishes to enter an appearance must do so by **March 30, 2026**. To enter an appearance, you must file with the clerk of the court a written notice of your appearance, and you must serve a copy of that notice, by U.S. mail or hand-delivery, upon class counsel and counsel for Tate & Kirlin, at the addresses set forth in this notice.

### What if you do nothing?

If you are a member of the settlement class, you do nothing, and the court approves the settlement agreement, you will not receive a share of the settlement fund, but you will release certain TCPA and FDCPA claims you may have against Tate & Kirlin. If you fall within the settlement class, unless you exclude yourself from the settlement, you will not be able to sue or continue a lawsuit against Tate & Kirlin over the released claims.

### What will happen if the court does not approve the settlement?

If the court does not finally approve the settlement, or if it finally approves the settlement and the approval is reversed on appeal, or if the settlement does not become final for some other reason, you will receive no benefits from the settlement, and the class action lawsuit will continue.

### Who is Mr. Kujawa's attorney?

Mr. Kujawa's attorney is:

Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

The court has appointed Mr. Kujawa's attorney to act as class counsel. You do not have to pay class counsel. If you want to be represented by your own lawyer, and have that lawyer appear in court for you in this case, you must hire one at your own expense.

7

**Who is Tate & Kirlin's attorney?**

Tate & Kirlin's attorney is:

Brit Suttell
Barron & Newburger, P.C.
6100 219th St. SW, Suite 480
Mountlake Terrace, WA  98043
Tel: (484) 999-4232
britjsuttell@bn-lawyers.com

**Before what court is this matter pending?**

Mr. Kujawa filed his class action lawsuit in the United States District Court for the Eastern District of Pennsylvania.

**Where can you get additional information?**

This notice summarizes the proposed settlement. For the precise terms and conditions of the settlement, please see the settlement agreement available at **www.TKAsettlement.com**, by contacting class counsel, by accessing the court docket in this case, for a fee, through the court's PACER system, or by visiting the office of the clerk of the court for the United States District Court for the Eastern District of Pennsylvania.

Or, to obtain additional information about this matter, please contact:

*Kujawa v. Tate & Kirlin Associates, Inc.*
c/o Settlement Administrator
ATTN: CORRESPONDENCE
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

Please do not call the judge about this class action. Neither he, nor any court personnel, will be able to give you advice about this class action. Furthermore, because neither Tate & Kirlin nor Tate & Kirlin's attorneys represent you, they cannot give you legal advice about this class action.

**Important Dates**

| | |
|---|---|
| January 27, 2026: | Order Preliminarily Approving the Settlement Entered |
| March 2, 2026: | Defendant to fund Settlement Fund |
| February 27, 2026: | Notice Sent (thirty days after entry of Order Preliminarily Approving the Settlement) |

8

| | |
|---|---|
| March 9, 2026: | Attorneys' Fees Petition Filed (forty days after entry of Order Preliminarily Approving the Settlement) |
| March 30, 2026: | Deadline to Submit Claims, Send Exclusion, or File Objection (sixty days after entry of Order Preliminarily Approving the Settlement) |
| June 10, 2026: | Motion for Final Approval Filed (fourteen days before final fairness hearing) |
| June 17, 2026 | Deadline for the parties to respond to any objection (seven days before final fairness hearing) |
| June 24, 2026 at 10:00 a.m.: | Final Fairness Hearing |

9