**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSHUA CHARLES KUJAWA,<br>individually and on behalf of all others<br>similarly situated, | : <br> : <br> : <br> : | **Case No. 2:25-cv-00768** |
| Plaintiff(s), | : | |
| v. | : | |
| TATE & KIRLIN ASSOCIATES, INC., | : | |
| Defendants. | : | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTE that, Brit J. Suttell, Barron & Newburger, P.C., counsel for Defendant, has relocated to new offices at the following address:

Brit J. Suttell, Esq.
BARRON & NEWBURGER, P.C.
1455 NW Leary Way, Suite 400
Seattle, WA 98107

Respectfully submitted,

**BARRON & NEWBURGER, P.C.**

By:     /s/ Brit J. Suttell
         BRIT J. SUTTELL, ESQUIRE
         PA Id. No. 204140
         1455 NW Leary Way, Suite 400
         Seattle, WA  98107
         (484) 999-4232
         britjsuttell@bn-lawyers.com
         Counsel for Defendant Tate & Kirlin
         Associates, Inc.

Dated:  June 23, 2026

1

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 23, 2026, a true copy of the foregoing document was served on all counsel of record via CM/ECF.

**BARRON & NEWBURGER, P.C.**

By:   /s/ Brit J. Suttell
      BRIT J. SUTTELL, ESQUIRE
      Counsel for Defendant Tate & Kirlin
      Associates, Inc.

2